1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MAXIMINO RAMIREZ-GUEVARA

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,    )
12                              )      Cr.S. 09-512-EJG
              Plaintiff,        )
13                              )      **STIPULATION AND ORDER**
         v.                     )
14                              )      DATE:  March 19, 2010
   MAXIMINO RAMIREZ-GUEVARA,    )      TIME:  10:00 a.m.
15                              )      JUDGE: Hon. Edward J. Garcia
              Defendant.        )
16                              )
   _____)
17

18

19       It is hereby stipulated and agreed to between the United States of

20  America through MICHAEL ANDERSON, Assistant U.S. Attorney, and

21  defendant, MAXIMINO RAMIREZ-GUEVARA, by and through his counsel,

22  BENJAMIN GALLOWAY, Assistant Federal Defender, that the status

23  conference set for Friday, February 12, 2010, be continued to Friday,

24  March 19, 2010, at 10:00 a.m.  The reason for this continuance is to

25  allow defense counsel additional time to review discovery with the

26  defendant, to examine possible defenses and to continue investigating

27  the facts of the case.

         Speedy trial time is to be excluded from the date of this order
28

1  through the date of the status conference set for March 19, 2010,

2  pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to

3  prepare] (Local Code T4).

4

5  DATED: February 9, 2010       Respectfully submitted,

6                                DANIEL J. BRODERICK
                                 Federal Defender

7
                                 /S/ Benjamin Galloway
8                                BENJAMIN GALLOWAY
                                 Assistant Federal Defender
9                                Attorney for Defendant
                                 MAXIMINO RAMIREZ-GUEVARA
10

11
   DATED: February 9, 2010       BENJAMIN B. WAGNER
12                               United States Attorney

13                               /s/ Benjamin Galloway for
                                 MICHAEL ANDERSON
14                               Assistant U.S. Attorney
                                 Attorney for Plaintiff
15

16

17
                              **O R D E R**
18
     **IT IS SO ORDERED.**  Time is excluded from today's date through and
19
   including March 19, 2010, in the interests of justice pursuant to 18
20
   U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local
21
   Code T4. The Court finds that the ends of justice served by granting
22
   this continuance outweigh the interests of the defendant and the public
23
   in a speedy trial.
24

25
   DATED: February 11, 2010.          /s/ Edward J. Garcia
26                                     EDWARD J. GARCIA
                                       United States District Judge
27

28

                                     2