1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    MAXIMINO RAMIREZ-GUEVARA


FILED
MAR 18 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr.S. 09-512-EJG |
|---|---|---|
|     Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER** |
| | ) | |
| MAXIMINO RAMIREZ-GUEVARA, | ) | DATE: April 16, 2010 |
| | ) | TIME: 10:00 a.m. |
|     Defendant. | ) | JUDGE: Hon. Edward J. Garcia |
| | ) | |
|_____| ) | |

C /EJG

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, MAXIMINO RAMIREZ-GUEVARA, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, March 19, 2010, be continued to Friday, April 16, 2010, at 10:00 a.m. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for April 16, 2010, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 16, 2010     Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
MAXIMINO RAMIREZ-GUEVARA

DATED: March 16, 2010     BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 19, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: March 16, 2010.

EDWARD J. GARCIA
United States District Judge