DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MAXIMINO RAMIREZ-GUEVARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br> MAXIMINO RAMIREZ-GUEVARA,    )<br>                             )<br>            Defendant.       )<br> _____) | Cr.S. 09-512-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: May 14, 2010<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

   It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, MAXIMINO RAMIREZ-GUEVARA, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, April 16, 2010, be continued to Friday, May 14, 2010, at 10:00 a.m.  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for May 14, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 12, 2010          Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /S/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MAXIMINO RAMIREZ-GUEVARA

DATED: April 12, 2010          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        MICHAEL ANDERSON
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 14, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: April 13, 2010.          /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
                                            United States District Judge