DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MAXIMINO RAMIREZ-GUEVARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAXIMINO RAMIREZ-GUEVARA, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Cr.S. 09-512-EJG <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> DATE: July 16, 2010 <br> TIME: 10:00 a.m. <br> JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, MAXIMINO RAMIREZ-GUEVARA, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, June 18, 2010, be continued to Friday, July 16, 2010, at 10:00 a.m.

This continuance is being requested as counsel are working to resolve this case but need additional time to complete that process. Specifically, the defense just provided the government with substantial additional material in furtherance of settlement, which the government

will need time to review and consider before extending an offer to Mr. Ramirez-Guevara.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 16, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 15, 2010　　　Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
MAXIMINO RAMIREZ-GUEVARA

DATED: June 15, 2010　　　BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 16, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: June 15, 2010.　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　EDWARD J. GARCIA
　　　　　　　　　　　　　　United States District Judge

2