1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MAXIMINO RAMIREZ-GUEVARA

**FILED**

**JUL 1 3 2010**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 09-512-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. ) | |
| MAXIMINO RAMIREZ-GUEVARA, ) | DATE: August 6, 2010 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, MAXIMINO RAMIREZ-GUEVARA, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, July 16, 2010, be continued to Friday, August 6, 2010, at 10:00 a.m.

This continuance is being requested as counsel are working to resolve this case but need additional time to complete that process. Specifically, the defense just provided the government with substantial additional material in furtherance of settlement, which the government

1 | will need time to review and consider before extending an offer to Mr.
2 | Ramirez-Guevara.
3 | Speedy trial time is to be excluded from the date of this order
4 | through the date of the status conference set for August 6, 2010,
5 | pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) [reasonable time to
6 | prepare] (Local Code T4).

DATED: July 12, 2010         Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             MAXIMINO RAMIREZ-GUEVARA


DATED: July 12, 2010         BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             MICHAEL ANDERSON
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 6, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: July 12, 2010.                    _____
                                         EDWARD J. GARCIA
                                         United States District Judge

2