DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MAXIMINO RAMIREZ-GUEVARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-512-EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: August 27, 2010 |
| MAXIMINO RAMIREZ-GUEVARA, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, MAXIMINO RAMIREZ-GUEVARA, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, August 6, 2010, be continued to Friday, August 27, 2010, at 10:00 a.m. for a status conference and likely change of plea.

   This continuance is being requested as counsel are working to resolve this case but need additional time to complete that process. Specifically, the government recently provided the defense with a revised plea agreement in response to settlement material submitted by

the defense.  Mr. Ramirez-Guevara requests time to review and consider the revised offer and consult with members of his family.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 27, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 30, 2010             Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /S/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 MAXIMINO RAMIREZ-GUEVARA


DATED: July 30, 2010             BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 MICHAEL ANDERSON
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including August 27, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: July 30, 2010.            /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge