```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MAXIMINO RAMIREZ-GUEVARA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-512-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: September 10, 2010 |
| MAXIMINO RAMIREZ-GUEVARA, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, MAXIMINO RAMIREZ-GUEVARA, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, August 27, 2010, be continued to Friday, September 10, 2010, at 10:00 a.m. for a status conference and likely change of plea.

This continuance is being requested as the defense is working on the final details relating to the resolution of this matter, but that work is hindered by defense counsel's involvement in a trial beginning on August 24th.  Immediately following that trial, defense counsel is

being sent out of the District for a week training sponsored by the Federal Judicial Center.  Work to resolve this matter will continue during the requested continuance, and a change of plea is anticipated at the next court date.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 10, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

```
DATED: August 20, 2010         Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               MAXIMINO RAMIREZ-GUEVARA

DATED: August 20, 2010         BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               MICHAEL ANDERSON
                               Assistant U.S. Attorney
                               Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including September 10, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

```
DATED: August 23, 2010.         /s/
                                EDWARD J. GARCIA
                                United States District Judge
```